IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | Case No. 0:16-cv-03289-SRN-HB |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| THOMAS E. PEREZ, sued in his official capacity, Secretary, United States Department of Labor, and UNITED STATES DEPARTMENT OF LABOR, | |
| Defendants. | |

Plaintiff Thrivent Financial for Lutherans moves the Court, under Federal Rule of Civil Procedure 56, for summary judgment on all claims in its Complaint. This motion is based upon the memorandum of law and accompanying evidence filed herewith, and any further evidence and argument to be presented at or before the hearing, and all of the files, records and proceedings herein.

Respectfully submitted,

Dated: November 4, 2016         **GREENE ESPEL PLLP**

*s/ Mark L. Johnson*
Mark L. Johnson, Reg. No. 0345520
Christopher L. Schmitter, Reg. No. 0395916
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
mjohnson@greeneespel.com
cschmitter@greeneespel.com
(612) 373-0830

- and -

COZEN O'CONNOR
Andrew B. Kay (*pro hac vice*)
Catherine R. Reilly (*pro hac vice*)
1200 19th Street, NW
Washington, DC 20036
akay@cozen.com
creilly@cozen.com
(202) 912-4800

Attorneys for Thrivent Financial for Lutherans